**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Keener, Frank S. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Keener, Karen A. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  2196 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7426 |
| Street Address of Debtor (No. and Street, City,  and State)<br>39657 Beck Raod<br>Lake Villa, IL<br>ZIPCODE 60046 | Street Address of Joint Debtor (No. and Street, City, and State)<br>39657 Beck Raod<br>Lake Villa, IL<br>ZIPCODE 60046 |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business:<br>Lake |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one**  box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**          **Chapter 11 Debtors**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Frank S. Keener & Karen A. Keener |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location <br> Where Filed:   NONE | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed:   N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:   NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)       Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (1/08) | | Page 3 |
|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Frank S. Keener & Karen A. Keener |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Frank S. Keener
_____
Signature of Debtor

**X** /s/ Karen A. Keener
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

**Signature of Attorney***

**X** /s/ John H. Redfield
_____
Signature of Attorney for Debtor(s)

JOHN H. REDFIELD 2298090
_____
Printed Name of Attorney for Debtor(s)

John H. Redfield & Associates, P.C.
_____
Firm Name

102 S. Wynstone Park Dr, Ste 201
_____
Address

North Barrington, IL 60010
_____

847-382-1220
_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In re  Frank S. Keener & Karen A. Keener
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B1 D (Official Form 1, Exh. D) (12/09) – Cont.                                    Page 2

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
> ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
> ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
> ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      _____/s/ Frank S. Keener_____
                                        FRANK S. KEENER

                    Date: _____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B1 D (Official Form 1, Exhibit D ) (12/09)

# UNITED STATES BANKRUPTCY COURT
**Northern District of Illinois**

In re ___Frank S. Keener & Karen A. Keener___    Case No._____
<u>Debtor(s)</u>    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2.  Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B1 D (Official Form 1, Exh. D) (12/09) – Cont.

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.   *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.   I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏   Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:_____/s/ Karen A. Keener_____
                              KAREN A. KEENER

Date: _____

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

In re    Frank S. Keener & Karen A. Keener                Case No. _____

            **Debtor**                                                         **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Residence<br><br>39657 Beck Road<br>Lake Villa, IL 60046 | Joint Tenants | J | 360,000.00 | 493,769.95 |
| | | | | |
| | | Total ➤ | 360,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6B (Official Form 6B) (12/07)**

In re  Frank S. Keener & Karen A. Keener _____    Case No. _____
          **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase checking account<br>ALECU | J<br>J | 250.00<br>300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods | J | 2,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing Apparel | J | 400.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Firearm (2) pistol | H | 250.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Police Pension | H | 110,000.00 |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 403(b) | H | 30,000.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Kenner & Kenner Inc.<br>Merrill Lynch Account | J<br>W | 0.00<br>2,500.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

In re    Frank S. Keener & Karen A. Keener                                          Case No. _____
_____                                                    _____
            **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Honda Civic (140,000 miles) | J | 150.00 |
| | | 1999 Pontiac Montana (230,000 miles) | J | 600.00 |
| | | 1983 Honda Magna 750 Motorcycle | H | 300.00 |
| | | 1997 Jayco Pop Up Trailer | J | 250.00 |
| | | ATV | J | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

In re   Frank S. Keener & Karen A. Keener _____  Case No. _____
         **Debtor**                                                             **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Above Ground Swimming Pool | J | 2,000.00 |
| | | _____0_____ continuation sheets attached     Total | | $    149,000.00 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6C (Official Form 6C) (12/07)

In re   Frank S. Keener & Karen A. Keener                                      Case No. _____
              **Debtor**                                                                **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)           ☐  Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                 $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence | (Husb)735 I.L.C.S 5§12-901<br>(Wife)735 I.L.C.S 5§12-901 | 0.00<br>0.00 | 360,000.00 |
| 1999 Pontiac Montana (230,000 miles) | (Wife)735 I.L.C.S 5§12-1001(c) | 600.00 | 600.00 |
| 1983 Honda Magna 750 Motorcycle | (Husb)735 I.L.C.S 5§12-1001(c) | 300.00 | 300.00 |
| 1997 Jayco Pop Up Trailer | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 125.00<br>125.00 | 250.00 |
| Chase checking account | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 125.00<br>125.00 | 250.00 |
| Firearm (2) pistol | (Husb)735 I.L.C.S 5§12-1001(d) | 250.00 | 250.00 |
| Kenner & Kenner Inc. | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 0.00<br>0.00 | 0.00 |
| Above Ground Swimming Pool | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 0.00<br>0.00 | 2,000.00 |
| Household Goods | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 1,000.00<br>1,000.00 | 2,000.00 |
| Wearing Apparel | (Husb)735 I.L.C.S 5§12-1001(a)<br>(Wife)735 I.L.C.S 5§12-1001(a) | 200.00<br>200.00 | 400.00 |
| Police Pension | (Husb)735 I.L.C.S 5§12-1006 | 110,000.00 | 110,000.00 |
| 403(b) | (Husb)735 I.L.C.S 5§12-1006 | 30,000.00 | 30,000.00 |
| ALECU | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 150.00<br>150.00 | 300.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6C (Official Form 6C) (12/07) -- Cont.

In re   Frank S. Keener & Karen A. Keener                              Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| ATV | (Husb)735 I.L.C.S 5§12-1001(b)<br>(Wife)735 I.L.C.S 5§12-1001(b) | 0.00<br>0.00 | 0.00 |
| Merrill Lynch Account | (Wife)735 I.L.C.S 5§12-1001(b) | 2,500.00 | 2,500.00 |
|  | Total exemptions claimed: | 146,850.00 |  |

**B6D (Official Form 6D) (12/07)**

In re ___Frank S. Keener & Karen A. Keener_____,    Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Accion<br>1618 W. 18th St., Ste 200<br>Chicago, IL 60608<br><br>VALUE $ 1,300.00 | X | H | Lien: PMSI in vehicle < 910 days<br>Security: 1983 Honda Magna 750 Motorcycle; 2001 Honda Civic; 1999 Pontiac Montana; ATV; 1997 Jayco Pop Up Trailer | | | | 13,000.00 | 11,700.00 |
| ACCOUNT NO. 4072446037269775<br><br>American General Finan<br>600 N Royal Ave<br>Evansville, IN 47715<br><br>VALUE $ 2,000.00 | | J | Lien: PMSI<br>Security: Above Ground Pool | | | | Notice Only | Notice Only |
| ACCOUNT NO. 4072446037269775<br><br>American General Financial Svcs<br>P.O. Box 3212<br>Evansville, IN 47731-3212<br><br>VALUE $ 2,000.00 | | J | Lien: PMSI<br>Security: Above Ground Pool | | | | 9,686.00 | 7,686.00 |

  1 ____continuation sheets attached

Subtotal ▶     $ 22,686.00    $ 19,386.00
(Total of this page)

Total ▶     $        $
(Use only on last page)

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Frank S. Keener & Karen A. Keener                ,        Case No. _____

                       **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 122172673 <br><br> Bank of America <br> P.O. Box 15019 <br> Wilmington, DE 19886-5019 | | J | Lien: 1st Mortgage <br> Security: Residence <br><br><br> VALUE $     360,000.00 | | | | 423,333.33 | 63,333.33 |
| ACCOUNT NO. 4.14512E11 <br><br> Chase Mortgage <br> P.O. Box 260180 <br> Batton Rouge, LA 70826 | | J | Lien: 2nd Mortgage <br> Security: Residence <br><br><br> VALUE $     360,000.00 | | | | 70,436.62 | 70,436.62 <br> This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Consumers Coop Credit Union <br> 1210 S Lake St <br> P.O. Box 503 <br> Mindelein, IL 60060 | | J | Security: ATV <br><br><br> VALUE $     0.00 | | | | 2,135.00 | 2,135.00 |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no.  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ➤
(Total(s) of this page)

Total(s) ➤
(Use only on last page)

| | |
|---|---|
| $   495,904.95 | $   135,904.95 |
| $   518,590.95 | $   155,290.95 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (12/07)**

In re  Frank S. Keener & Karen A. Keener                                    ,        Case No._____
Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____Frank S. Keener & Karen A. Keener_____,     Case No._____
                                    Debtor                                                                    (if known)


☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

1
____ **continuation sheets attached**

B6E (Official Form 6E) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                    ,        Case No. _____

_____Debtor_____                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9077549888<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | X | W | Consideration: 941 taxes 1st, 2nd, 3rd & 4th quarters 2009 | | | | 16,000.00 | 0.00 | 16,000.00 |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤<br>(Totals of this page) | $  16,000.00 | $ |  | $ |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $  16,000.00 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $           0.00 | $  16,000.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07)**

In re ___Frank S. Keener & Karen A. Keener_____,   Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  043EC508025<br><br>ABC/Amega<br>1100 Main St<br>Buffalo, NY 14209 | X | | Consideration: Business | | | | 1,536.00 |
| ACCOUNT NO.  058EC003184<br><br>ABC/Amega<br>1100 Main St<br>Buffalo, NY 14209 | X | | Consideration: Business account | | | | Notice Only |
| ACCOUNT NO.<br><br>ABC/Amega<br>c/o McMahan & Sigunick, Ltd<br>412 S Wells St<br>Chicago, IL 60607 | X | | Consideration: Business Account | | | | Notice Only |
| ACCOUNT NO.  KEENER0000<br><br>Advanced Health<br>10646 165th Street<br>Orland Park, IL 60467 | | J | Consideration: Medical services | | | | 222.70 |

___19___continuation sheets attached

Subtotal ▶  $ 1,758.70

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re    Frank S. Keener & Karen A. Keener                         ,         Case No. _____
          **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Advanced Health <br> c/o First Federal <br> 1550 Old Henderson Rd Ste 100 <br> Columbus, OH 43220 | | J | Consideration: Medical services | | | | Notice Only |
| ACCOUNT NO. <br> Advertiser Network Inc. <br> 236 Route 173 <br> Antioch, IL 60002 | X | J | Consideration: Business Account | | | | 35.00 |
| ACCOUNT NO.  3499907126039453 <br> American Express* <br> c/o Becket and Lee <br> PO Box 3001 <br> Malvern, PA, 19355 | X | J | Consideration: Business credit card | | | | Notice Only |
| ACCOUNT NO.  4072446037269775 <br> American General Finance* <br> PO Box 3121 <br> Evansville, IN, 47731 | | J | | | | | Notice Only |
| ACCOUNT NO.  67329-0000059437 <br> American Marketing <br> P.O. Box 801 <br> Dekalb, IL 60115 | X | J | Consideration: Business | | | | 644.03 |

Sheet no. __1__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $        679.03

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener _____ ,        Case No. _____
      **Debtor**                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3499907126039453 <br><br> Amex <br> P.o. Box 981537 <br> El Paso, TX 79998 | X | J | Consideration: Business credit card <br> 1. Collection <br> 2. Account Closed By Grantor | | | | 13,756.00 |
| ACCOUNT NO.   KEENER0001 <br><br> Asm/Center for Sleep Med <br> 10640 165th St <br> Orland Park, Il 60467 | | J | Consideration: Medical services | | | | 359.20 |
| ACCOUNT NO. <br><br> Benetrends <br> 1180 Welsh Road, Ste 280 <br> North Walec, PA 19454 | X | J | Consideration: Business | | | | 2,200.00 |
| ACCOUNT NO.  4749442 <br><br> Biehl & Biehl, Inc. <br> N/W news <br> 325 E Fullerton Ave <br> Carol Stream, IL 60188 | X | J | Consideration: Business Publication | | | | 279.55 |
| ACCOUNT NO. <br><br> Business Financial Services <br> 3111 N. University Dr., Ste 800 <br> Coral Springs, FL 33065 | X | J | Consideration: Business Loan | | | | 2,424.00 |

Sheet no.  2   of  19   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 19,018.75

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank S. Keener & Karen A. Keener _____ ,         Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4862362511633714<br><br>Cap One<br>Po Box 85015<br>Richmond, VA 23285 | | J | Consideration: Credit card debt | | | | 3,011.99 |
| ACCOUNT NO.  2315963001<br><br>Certified Services Inc<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | | H | 1. Collection | | | | 90.00 |
| ACCOUNT NO.  1051937<br><br>Certified Services Inc<br>Condell Acute Care<br>1733 Washington St Ste 2<br>Waukegan, IL 60085 | | J | Consideration: Medical services | | | | 74.00 |
| ACCOUNT NO.  435787733009<br><br>Chase<br>800 Brooksedge Blv<br>Westerville, OH 43081 | | J | Consideration: Credit card debt | | | | 972.00 |
| ACCOUNT NO.  4246315148901810<br><br>Chase<br>c/o Zwicker & Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 | X | J | Consideration: Business Credit card debt | | | | 10,014.00 |

Sheet no. _3_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    14,161.99

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank S. Keener & Karen A. Keener                    ,        Case No. _____
        **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4266841140968064 <br><br> Chase <br> c/o Zwicker & Associates <br> 80 Minuteman road <br> Andover, MA 01810-1008 | | W | Consideration: Credit card debt | | | | 4,294.00 |
| ACCOUNT NO.  xxxx9476 <br><br> Chase Business Checking <br> PFG of Minnesota <br> 7825 Washington Ave S, Ste 310 <br> Minneapolis, MN 55439 | X | | Consideration: overdraft - business | | | | 1,614.62 |
| ACCOUNT NO. <br><br> Chicago ADI Cooperative Assocn, Inc. <br> c/o Huntington Learning Center <br> 400 Lathrop Avenue <br> River Forest, IL 60305 | X | | Consideration: Business account | | | | 16,110.71 |
| ACCOUNT NO. <br><br> Chris Smith <br> 2701 River Woods Road <br> Riverwoods, IL 60015 | | J | | | | | 1,500.00 |
| ACCOUNT NO.  582019101 <br><br> CIT Small Busiiness Lending <br> P.O. Box 1529 <br> Livingston, NJ 07039 | X | J | Consideration: Business Personal Guaranty | | | | 211,835.35 |

Sheet no. __4__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal ➤ | $ | 235,354.68 |
|---|---|---|---|
| | Total ➤ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07) (Cont.)**

In re    Frank S. Keener & Karen A. Keener_____ ,    Case No. _____
_____**Debtor**_____                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT Small Business Lending<br>P.O. Box1529<br>Livingston, NJ 07039 | X | J | Consideration: Business Personal Guaranty | | | | 20,000.00 |
| ACCOUNT NO. 3255874<br><br>Citibank Stu<br>701 East 60th Stre<br>Sioux Falls, SD 57104 | | H | 1. Collection<br>2. Account Closed By Grantor | | | | 1.00 |
| ACCOUNT NO.<br><br>Citibank Usa<br>P.O. Box 6275<br>Sioux Falls, SD 57117 | | H | Consideration: Credit card debt | | | | 6,891.10 |
| ACCOUNT NO.<br><br>Citifinancial<br>c/o Regional Adjustment<br>P.O. Box 34119<br>Memphis, TN 38184 | | J | | | | | Notice Only |
| ACCOUNT NO. 607439554613<br><br>Citifinancial Retail S<br>P.O. Box 140069<br>Irving, TX 75014 | | J | Consideration: Credit card debt | | | | 785.00 |

Sheet no. _5_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   27,677.10

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Frank S. Keener & Karen A. Keener _____,   Case No. _____
      **Debtor**                                                    **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2601950052432 CitiFinancial Student Loan ISAC 1755 Lake Cook Road Deerfield, IL 60015 | | J | Consideration: Student Loan | | | | 7,645.63 |
| ACCOUNT NO.  154258 Clipper Magazine c/o Brenan & Clark Ltd 721 Madison Ste 200 Villa Park, IL 60181 | X | | Consideration: Business Publication | | | | 366.50 |
| ACCOUNT NO.  424631514890 Collection* Attn: Bankrutpcy Department PO Box 10587 Greenville, SC, 29603 | | H | | | | | Notice Only |
| ACCOUNT NO.  426684114096 Collection* Attn: Bankrutpcy Department PO Box 10587 Greenville, SC, 29603 | | H | | | | | Notice Only |
| ACCOUNT NO.  2315963001 Condell Medical Center c/o Certified Services PO Box 177 Waukegan, IL, 60079 | | J | Consideration: Medical services 1. Collection | | | | 90.00 |

Sheet no.  6  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  8,102.13

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener _____ ,          Case No. _____
           **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2746258671 <br><br> Consolidated Pathology Cons <br> 75 Remittance Dr, Dept. 1895 <br> Chicago, IL 60675 | | J | Consideration: Medical services | | | | 13.50 |
| ACCOUNT NO. 1905942001 <br><br> Consumers Coop Cred Un <br> 2750 Washington St <br> Waukegan, IL 60085 | | J | 1. Current Account | | | | 2,011.00 |
| ACCOUNT NO. 190594-2 <br><br> Consumers Coop Credit Union <br> 1210 S Lake St <br> P.O. Box 503 <br> Mindelein, IL 60060 | | J | | | | | Notice Only |
| ACCOUNT NO. <br><br> Customer Deposits <br> Lake Villa, IL 60046 | X | J | Consideration: Business Landlord has records | | | | 7,000.00 |
| ACCOUNT NO. <br><br> Deano & Voss <br> 850 Tower Drive #100 <br> Lake Villa, IL 60046 | X | J | Consideration: Business Guaranty of lease Landlord | X | X | X | 16,000.00 |

Sheet no. __7__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal ➤    $     25,024.50

           Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                    ,        Case No. _____
       **Debtor**                                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Deka Investments 850 Tower Drive, #100 Lake Villa, IL 60046 | X | | Consideration: Business Account | X | X | X | 7,633.54 |
| ACCOUNT NO.  Dex 8519 Innovation Way Chicago, IL 60682 | X | J | Consideration: Business Yellow Page Ad | | | | Unknown |
| ACCOUNT NO.  Grays Lake Hockey Lake Villa, IL 60046 | | J | | | | | 1,500.00 |
| ACCOUNT NO.  Grayslake Chamber of Commerce 10 S. Seymour, P.O. Box 167 Grayslake, IL 60030 | X | | Consideration: Business account | | | | 128.00 |
| ACCOUNT NO.  Great Indoors P.O. Box 6282 Sioux Falls, SD 57117 | | J | Consideration: Credit card debt | | | | 6,503.78 |

Sheet no. __8__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤        $        15,765.32

Total ➤        $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener          ,          Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Home Depot <br> Processing Center <br> Des Moines, IA 50364-0500 | | J | Consideration: Credit card debt | | | | 4,380.56 |
| ACCOUNT NO. <br><br> Home Pages <br> c/o American Marketing <br> P.O. Box 982 <br> DeKalb, IL 60115 | X | J | Consideration: Business Expense | | | | 1,473.00 |
| ACCOUNT NO.  59437 <br><br> Home Pages <br> c/o McCarthy & Burgess <br> MBW Building, 26000 Cannon Rd <br> Cleveland, OH 44146 | X | | Consideration: business publication | | | | 318.76 |
| ACCOUNT NO.  702127124715 <br><br> Hsbc Best Buy* <br> Attn: Bankruptcy <br> PO Box 6985 <br> Bridge Water, NJ, 08807 | | H | | | | | Notice Only |
| ACCOUNT NO.  702127124715 <br><br> Hsbc Best Buy* <br> Attn: Bankruptcy <br> PO Box 6985 <br> Bridge Water, NJ, 08807 | | H | | | | | Notice Only |

Sheet no.  9  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      6,172.32

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) (Cont.)**

In re <u>Frank S. Keener & Karen A. Keener</u> ,          Case No. _____

**Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 702127124715 <br><br> Hsbc/bsbuy <br> 1405 Foulk Road <br> Wilmington, DE 19808 | | J | Consideration: Credit card debt | | | | 2,796.00 |
| ACCOUNT NO. 09120014 <br><br> Huntington Learning Center <br> c/o Parker F. McMahan, Jr Esq. <br> 412 S Wells St., 6th Floor <br> Chicago, IL 60607 | X | | Consideration: Business Account | | | | 217,814.82 |
| ACCOUNT NO. <br><br> Huntington Learning Centers, Inc. <br> 496 Kinderkamack Road <br> Oradell, NJ 07649 | X | J | Consideration: Business Loan | | | | 16,110.71 |
| ACCOUNT NO. <br><br> Huntington Learning Centers, Inc. <br> 496 Kinderkamack Road <br> Oradell, NJ 07649 | X | J | Consideration: Business Advertising COOP | | | | 22,000.00 |
| ACCOUNT NO. <br><br> Huntington Learning Centers, Inc. <br> c/o Andrew P. Loewinger, Esquire <br> 401 9th St. N.W., Suite 900 <br> Washington, DC 20004 | X | J | Consideration: Business loan | | | | Notice Only |

Sheet no. <u>10</u> of <u>19</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 258,721.53

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                    ,     Case No. _____
         Debtor                                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  25558200 <br><br> ISAC <br> P.O. Box 235 <br> Deerfield, IL 60015 | | W | Consideration: Student Loan | | | | 9,116.87 |
| ACCOUNT NO.  156-525255 <br><br> JL Russell & Associates <br> 13700 State Rd., Ste 4 <br> N. Royalton, OH 44133 | X | | Consideration: Business Publication | | | | 716.20 |
| ACCOUNT NO. <br><br> JS Paulich <br> c/o Caine & Weiner <br> 1699 E Woodfield Rd., Ste 360 <br> Schaumburg, IL 60173 | X | J | Consideration: Business account | | | | 716.20 |
| ACCOUNT NO.  414517060 <br><br> Kohl's Payment Center <br> P.O. Box 3043 <br> Milwaukee, WI 53201 | | W | Consideration: Credit card debt | | | | 1,008.98 |
| ACCOUNT NO.  65593865 <br><br> Lake Forest Hospital <br> 660 N Westmoreland Rd <br> Lake Forest, IL 60045 | | J | Consideration: Medical services | | | | 44.29 |

Sheet no.  11  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   11,602.54

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                     ,          Case No. _____
               **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  64469646 <br><br> Lake Forest Hospital <br> 660 N. Westmoreland Rd <br> Lake Forest, IL 60045 | | J | Consideration: Medical services | | | | 126.65 |
| ACCOUNT NO.  66767054 <br><br> Lake Forest Hospital <br> 660 N. Westmoreland Rd <br> Lake Forest, IL 60045 | | J | Consideration: Medical services | | | | 308.80 |
| ACCOUNT NO.  5163260 <br><br> Lake Forest Hospital <br> 75 Remittance Dr., #1951 <br> Chicago, IL 60675 | | J | Consideration: Medical services | | | | 15.00 |
| ACCOUNT NO.  12332971 <br><br> Lake Forest Hospital <br> 75 Remittance Dr., Ste. 6802 <br> Chicago, IL 60675 | | J | Consideration: Medical services | | | | 6.00 |
| ACCOUNT NO.  65512865 <br><br> Lake Forest Hospital <br> 75 Remittance Dr., Ste. 6802 <br> Chicago, IL 60675 | | J | Consideration: Medical services | | | | 202.31 |

Sheet no.  12  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $    658.76

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Frank S. Keener & Karen A. Keener                    ,        Case No. _____
     **Debtor**                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   15409731 <br><br> Lake Forest Hospital <br> 75 Remittance Dr., Ste. 6802 <br> Chicago, IL 60675 | | J | Consideration: Medical services | | | | 26.60 |
| ACCOUNT NO.   20879-01 <br><br> Lindenhurst Health & Fitness <br> 3098 Falling Waters Blvd <br> Lindenhurst, IL 60046 | | J | | | | | 194.00 |
| ACCOUNT NO. <br><br> Lindenhurst/Lake Villa Chamber <br> P.O. Box 6075 <br> Lindenhurst, IL 60046 | X | W | Consideration: Busines Account | | | | 395.00 |
| ACCOUNT NO.   1911954077725 <br><br> Marshall & Ilsley Bank* <br> Attn: Bankruptcy <br> 770 N Water St <br> Milwaukee, WI, 53202 | | H | | | | | Notice Only |
| ACCOUNT NO.   990000204351 <br><br> Mb Financial Bank <br> 6111 N. River Road <br> Rosemont, IL 60018 | | J | 1. Current Account | | | | Notice Only |

Sheet no. __13__ of __19__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal➤ | $ | 615.60

                Total➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                    ,          Case No. _____

**Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>McCarthy, Burgess & Wolf<br>26000 Cannon Rd<br>Cleveland, OH 44146 | X | J | Consideration: Business account | | | | 318.76 |
| ACCOUNT NO.<br>Midwest Miles<br>P.O. Box 13337<br>Phildalphia, PA 19101 | | J | Consideration: Credit card debt | | | | 109.00 |
| ACCOUNT NO.  359583<br>MRS Associates<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 | | J | | | | | Notice Only |
| ACCOUNT NO.  26032105467792<br>National Act<br>Madison Radiologists<br>Pob 44207<br>Madison, WI 53744 | | J | Consideration: Medical services<br>1. Collection | | | | 82.00 |
| ACCOUNT NO.  KE7426<br>North Shore Rheumatology<br>900 N. Westmoreland Rd #218<br>Lake Forest, IL 60045 | | J | Consideration: Medical services | | | | 15.00 |

Sheet no. __14__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $        524.76

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Frank S. Keener & Karen A. Keener_____,         Case No. _____
           **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 10012065 <br><br> North West News Group <br> P.O. Box 250 <br> Crystal Lake, IL 60039 | X | J | Consideration: Business Publication | | | | Notice Only |
| ACCOUNT NO. <br><br> Northern Leasing <br> 132 W 31st, 14th floor <br> New York, NY 10001 | X | | Consideration: Business | | | | Unknown |
| ACCOUNT NO. F43150345 <br><br> Northland Group Inc. <br> P.O. Box 390905 <br> Minneapolis, MN 55439 | | J | | | | | 4,840.88 |
| ACCOUNT NO. 91 2519167 <br><br> Pearson Education <br> P.O. Box 409496 <br> Atlanta, GA 30384 | X | J | Consideration: Business Account | | | | 334.18 |
| ACCOUNT NO. 626 <br><br> Prince of Peace <br> 135 S. Milwaukee Avenue <br> Lake Villa, Il 60046 | | J | Consideration: Tuition | | | | 685.00 |

Sheet no. __15__ of __19__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 5,860.06

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re   Frank S. Keener & Karen A. Keener              ,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   1390899217<br><br>Publishers Clearing House\<br>P.O. Box 26311<br>Lehigh Vly, PA 18002 | X | J | Consideration: Business Publication | | | | 14.97 |
| ACCOUNT NO.<br><br>RH Donnelly<br>c/o LiquiDebt<br>29W 170 Butterfield Rd, Ste 102<br>Warrenville, IL 60555 | X | J | Consideration: Business Account | | | | 2,454.15 |
| ACCOUNT NO.   125277<br><br>Roma, Murphy, Horowitz<br>2815 Camino Del Rio S, Ste 111<br>San Diego, CA 92108 | | J | | | | | 141.26 |
| ACCOUNT NO.   GRY09<br><br>Royal Publishing<br>7620 N. Harker Dr.<br>Peoria, IL 61615 | X | J | Consideration: Business Publication | | | | 861.20 |
| ACCOUNT NO.<br><br>Shaw Suburban Media<br>Lake Villa, IL 60046 | X | J | Consideration: Business Publication | | | | 279.55 |

Sheet no.  16  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   3,751.13

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                ,     Case No. _____
         **Debtor**                                                                              **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Simon Dubow Breyer<br>6201 W Howard St, Ste 214<br>Niles, IL 60714 | X | | Consideration: Business Account | | | | 3,268.95 |
| ACCOUNT NO.<br><br>Staples<br>P.O. Box 9018<br>Coppell, TX 75019 | X | | Consideration: Business Account | | | X | 3,000.00 |
| ACCOUNT NO.<br><br>State Bank of the Lake<br>Trackers Inc.<br>P.O. Box 1227<br>Bettendorf, IA 52722 | X | J | Consideration: Business Account | | | | 967.80 |
| ACCOUNT NO.  603532015441<br><br>Thd/cbsd<br>Ccs Gray Ops Center<br>Sioux Falls, SD 57117 | | H | 1. Account Closed By Grantor | | | | 4,681.00 |
| ACCOUNT NO.  ADJ2423<br><br>Tom Tom<br>1133 Main Street<br>Antioch, IL 60002 | | J | | | | | 205.00 |

Sheet no.  17  of  19  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   12,122.75

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re    Frank S. Keener & Karen A. Keener                    ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  21129253<br><br>United Collect Bur Inc<br>Lake County Acute Care<br>5620 Southwyck Blv<br>Toledo, OH 43614 | | J | Consideration: Medical services<br>1. Collection | | | | 77.00 |
| ACCOUNT NO.<br><br>Unpaid Employees<br>Lake Villa, IL 60046 | X | | Consideration: Business<br>Landlord has records | | | | 2,000.00 |
| ACCOUNT NO.<br><br>Village of Lake Villa<br>65 Cedar Avenue<br>Lake Villa, IL 60046 | X | J | Consideration: Business Account | | | | 53.50 |
| ACCOUNT NO.  5856371028658333<br><br>Wfnnb/dress Barn<br>Po Box 182273<br>Columbus, OH 43218 | | W | Consideration: Credit card debt<br>1. Current Account | | | | 167.00 |
| ACCOUNT NO.<br><br>Yellow Book<br>c/o Rausch Milliken<br>P.O. Box 8390<br>Metairie, LA 70011 | X | J | Consideration: business publication | | | | 2,000.00 |

Sheet no. _18_ of _19_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 4,297.50

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6F (Official Form 6F) (12/07) - Cont.

In re  Frank S. Keener & Karen A. Keener                    ,                    Case No. _____
                    **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Business Account | | | | |
| Yellow Book P.O. Box 586 Newark, NJ 07171 | X | | | | | | 1,000.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. 19 of 19 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ▶ | $ | 1,000.00 |
|---|---|---|---|
| | Total ▶ | $ | 652,869.15 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re   Frank S. Keener & Karen A. Keener _____   Case No. _____
                   **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re  Frank S. Keener & Karen A. Keener            Case No. _____
          _____
                    **Debtor**                                    **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Keener & Keener Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Huntington Learning Centers, Inc.<br>496 Kinderkamack Road<br>Oradell, NJ 07649 |
| Keener & Keener Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | CIT Small Business Lending<br>P.O. Box 277280<br>Atlanta, GA 30384-7280 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Huntington Learning Centers, Inc.<br>c/o Andrew P. Loewinger, Esquire<br>401 9th St. N.W., Suite 900<br>Washington, DC 20004 |
| Keener & Keener Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 |
| Keener & Keener Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Deano & Voss<br>850 Tower Drive #100<br>Lake Villa, IL 60046 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Yellow Book<br>P.O. Box 586<br>Newark, NJ 07171 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Benetrends<br>1180 Welsh Road, Ste 280<br>North Walec, PA 19454 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Business Financial Services<br>3111 N. University Dr., Ste 800<br>Coral Springs, FL 33065 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B6H (Official Form) (12/07) -- Cont.

In re Frank S. Keener & Karen A. Keener                    Case No. _____
_____
        **Debtor**                                                          **(if known)**

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| **NAME AND ADDRESS OF CODEBTOR** | **NAME AND ADDRESS OF CREDITOR** |
|---|---|
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Lindenhurst/Lake Villa Chamber<br>P.O. Box 6075<br>Lindenhurst, IL 60046 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | State Bank of the Lake<br>Trackers Inc.<br>P.O. Box 1227<br>Bettendorf, IA 52722 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Clipper Magazine<br>c/o Brenan & Clark Ltd<br>721 Madison Ste 200<br>Villa Park, IL 60181 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Home Pages<br>c/o American Marketing<br>P.O. Box 982<br>DeKalb, IL 60115 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Yellow Book<br>c/o Rausch Milliken<br>P.O. Box 8390<br>Metairie, LA 70011 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | JL Russell & Associates<br>13700 State Rd., Ste 4<br>N. Royalton, OH 44133 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | JS Paulich<br>c/o Caine & Weiner<br>1699 E Woodfield Rd., Ste 360<br>Schaumburg, IL 60173 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Staples<br>P.O. Box 9018<br>Coppell, TX 75019 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Pearson Education<br>P.O. Box 409496<br>Atlanta, GA 30384 |

**B6H (Official Form) (12/07) -- Cont.**

In re Frank S. Keener & Karen A. Keener _____    Case No. _____

　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Simon Dubow Breyer<br>6201 W Howard St, Ste 214<br>Niles, IL 60714 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Northern Leasing<br>132 W 31st, 14th floor<br>New York, NY 10001 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Royal Publishing<br>7620 N. Hawken Dr.<br>Peoria, IL 61615 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Roma, Murphy, Horowitz<br>2815 Camino Del Rio S, Ste 111<br>San Diego, CA 92108 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Chase<br>c/o Zwicker & Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | ABC/Amega<br>1100 Main St<br>Buffalo, NY 14209 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Advertiser Network Inc.<br>236 Route 173<br>Antioch, IL 60002 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | American Marketing<br>P.O. Box 801<br>Dekalb, IL 60115 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Brennan & Clark<br>721 Madison Suite 200<br>Villa Park, IL 60181 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | RH Donnelly<br>c/o LiquiDebt<br>29W 170 Butterfield Rd, Ste 102<br>Warrenville, IL 60555 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6H (Official Form) (12/07) -- Cont.**

In re Frank S. Keener & Karen A. Keener                    Case No. _____
                  **Debtor**                                                  **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | McCarthy, Burgess & Wolf<br>26000 Cannon Rd<br>Cleveland, OH 44146 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Pearson Education<br>P.O. Box 409496<br>Atlanta, GA30384 |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Shaw Suburban Media |
| Keener & Keener, Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Village of Lake Villa<br>65 Cedar Avenue<br>Lake Villa, IL 60046 |
| Keener & Keener Inc.<br>39657 Beck Road<br>Lake Villa, IL 60046 | Chicago ADI Cooperative Assocn, Inc.<br>c/o Huntington Learning Center<br>400 Lathrop Avenue<br>River Forest, IL 60305 |

B6I (Official Form 6I) (12/07)

In re   Frank S. Keener & Karen A. Keener                    Case
        **Debtor**                                                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter, daughter | AGE(S): 19 years, 14 years, 9 years |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Police Officer | |
| Name of Employer | Village of Skokie | Hospira |
| How long employed | | 1 month |
| Address of Employer | Skokie, IL 60076 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $   6,198.33 | $   7,104.39 |
| 2.  Estimated monthly overtime | $   0.00 | $   0.00 |
| 3.  SUBTOTAL | $   6,198.33 | $   7,104.39 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $   475.21 | $   2,028.23 |
| b.  Insurance | $   558.50 | $   0.00 |
| c.  Union Dues | $   0.00 | $   0.00 |
| d.  Other (Specify:  _(D)Involuntary Pension_               ) | $   614.25 | $   0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $   1,647.96 | $   2,028.23 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $   4,550.37 | $   5,076.16 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $   0.00 | $   0.00 |
| 8.  Income from real property | $   0.00 | $   0.00 |
| 9.  Interest and dividends | $   0.00 | $   0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $   0.00 | $   0.00 |
| 11.  Social security or other government assistance ( Specify) | $   0.00 | $   0.00 |
| 12.  Pension or retirement income | $   0.00 | $   0.00 |
| 13.  Other monthly income | $   0.00 | $   0.00 |
| (Specify) | $   0.00 | $   0.00 |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $   0.00 | $   0.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $   4,550.37 | $   5,076.16 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $   9,626.53 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

In re  Frank S. Keener & Karen A. Keener _____   Case No. _____
          **Debtor**           **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,300.00 |
|    a. Are real estate taxes included?   Yes _____ No ✓ | |
|    b. Is property insurance included?   Yes _____ No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 400.00 |
|          b. Water and sewer | $ 0.00 |
|          c. Telephone | $ 270.00 |
|          d. Other  Garbage | $ 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ 200.00 |
| 4. Food | $ 1,000.00 |
| 5. Clothing | $ 300.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 500.00 |
| 8. Transportation (not including car payments) | $ 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 200.00 |
| 10. Charitable contributions | $ 120.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 84.67 |
|      b. Life | $ 55.00 |
|      c. Health | $ 0.00 |
|      d. Auto | $ 250.00 |
|      e. Other  Trust Fund Taxes | $ 250.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  Property | $ 917.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 400.00 |
|      b. Other  2nd Mortgage ($321) and pool | $ 521.00 |
|      c. Other  Accion ($444) and ATV | $ 560.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  children, school expenses & student loan | $ 500.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 9,527.67 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $5,076.16. See Schedule I) | $ 9,626.53 |
|    b. Average monthly expenses from Line 18 above | $ 9,527.67 |
|    c. Monthly net income (a. minus b.)   (Net includes Debtor/Spouse combined Amounts) | $ 98.86 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
### Northern District of Illinois

In re    Frank S. Keener & Karen A. Keener          Case No. _____
_____

                  Debtor            Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $  360,000.00 | | |
| B – Personal Property | YES | 3 | $  149,000.00 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $  518,590.95 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $  16,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $  652,869.15 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 4 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $  9,626.53 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $  9,527.67 |
| **TOTAL** | | 38 | $  509,000.00 | $  1,187,460.10 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

# United States Bankruptcy Court

### Northern District of Illinois

In re   Frank S. Keener & Karen A. Keener _____   Case No. _____

       Debtor

                                                     Chapter      7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

       If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   N.A. |
| Student Loan Obligations (from Schedule F) | $   N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $   N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   N.A. |
| TOTAL | $   N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $   N.A. |
| Average Expenses (from Schedule J, Line 18) | $   N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

Frank S. Keener & Karen A. Keener

In re _____        Case No. _____
          **Debtor**                                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____40____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: ___/s/ Frank S. Keener_____
                                                                                    Debtor:

Date _____        Signature: ___/s/ Karen A. Keener_____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                                Social Security No.
of Bankruptcy Petition Preparer                                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____        _____
    Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

                                                                _____
                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

In Re  Frank S. Keener & Karen A. Keener                                    Case No. _____
                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

――――――――――――――――――――――

### 1.  Income from employment or operation of business

None



State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**2.   Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

---

**3. Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☒

    *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

    **4.   Suits and administrative proceedings, executions, garnishments and attachments**

None

☒

    a.     List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None

☒

    b.     Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

    **5.   Repossessions, foreclosures and returns**

None

☐

     List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Deano & Voss 850 Tower Drive #100 Lake Villa, IL 60046 | Illegal seizure by landlord November 200 Î | Corporate and Personal |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

**6.  Assignments and Receiverships**

None  a.      Describe any assignment of property for the benefit of creditors made within 120 days immediately
⊠      preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None  b.      List all property which has been in the hands of a custodian, receiver, or court-appointed official within
⊠      one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None      List all gifts or charitable contributions made within one year immediately preceding the commencement of
⊠      this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
⊠      commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
| --- | --- | --- |

**9.    Payments related to debt counseling or bankruptcy**

None

☐        List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| John H. Redfield<br>John H. Redfield & Associates, P.C.<br>102 S. Wynstone Park Dr, Ste 201<br>North Barrington, IL 60010 | November 2009 | $2,000.00 |

**10.    Other transfers**

None

☒        a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.   Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.   Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.   Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.   Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None


     If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                        NAME USED                 DATES OF OCCUPANCY

**16.  Spouses and Former Spouses**

None


     If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

     NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

     "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

     "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

     a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Keener & Keener Inc. | 20-4864507 | 39657 Beck Road Lake Villa, IL 60046 | Education and Tutoring | December 15, 2006 through November 15, 2009 |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

**[Questions 19 - 25 are not applicable to this case]**

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____   Signature
                                  of Debtor        /s/ Frank S. Keener
                                                   _____
                                                   FRANK S. KEENER

Date _____   Signature
                                  of Joint Debtor  /s/ Karen A. Keener
                                                   _____
                                                   KAREN A. KEENER

                          _____0_____ continuation sheets attached

***Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

Frank S. Keener & Karen A. Keener

In re _____ ,   Case No. _____
           Debtor                                           Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Bank of America | Residence |
| P.O. Box 15019 | |
| Wilmington, DE 19886-5019 | |

Property will be *(check one)*:

☐ Surrendered                 ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt               ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Mortgage | Residence |
| P.O. Box 260180 | |
| Batton Rouge, LA 70826 | |

Property will be *(check one)*:

☐ Surrendered                 ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt               ☐ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B8 (Official Form 8) (12/08)

Page 2

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1    NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

____3____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date:_____

/s/ Frank S. Keener
_____
Signature of Debtor

/s/ Karen A. Keener
_____
Signature of Joint Debtor

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 32537 - Adobe PDF

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 3 | |
| --- | --- |
| **Creditor's Name:**<br>Accion<br>1618 W 18th St., Ste 200<br>Chicago, IL 60608 | **Describe Property Securing Debt:**<br>2001 Honda Civic (140,000 miles) |

Property will be   *(check one):*

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☑ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐ Claimed as exempt          ☑ Not claimed as exempt

---

| Property No: 4 | |
| --- | --- |
| **Creditor's Name:**<br>Accion<br>1618 W. 18th St., Ste. 200<br>Chicago, IL 60608 | **Describe Property Securing Debt:**<br>1999 Pontiac Montana (230,000 miles) |

Property will be   *(check one):*

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one):*

☑ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☑ Claimed as exempt          ☐ Not claimed as exempt

B8 (Official Form8)(12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 5 | |
|---|---|
| **Creditor's Name:**<br>Accion<br>1618 W. 18th St., Ste 200<br>Chicago, IL 60608 | **Describe Property Securing Debt:**<br>1983 Honda Magna 750 Motorcycle |

Property will be   *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one)*:

☑ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

| Property No: 6 | |
|---|---|
| **Creditor's Name:**<br>Accion<br>1618 W. 18th Street, Ste 200<br>Chicago, IL 60608 | **Describe Property Securing Debt:**<br>1997 Jayco Pop Up Trailer |

Property will be   *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to   *(check at least one)*:

☑ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

B8 (Official Form8)(12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

Property No: 7

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| American General Financial Svcs<br>P.O. Box 3212<br>Evansville, IN 47731-3212 | Above Ground Swimming Pool |

Property will be  *(check one):*

☐ Surrendered            ☑ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☑ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☑ Claimed as exempt                    ☐ Not claimed as exempt

---

Property No: 8

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Consumers Coop Credit Union<br>1210 S Lake St<br>P.O. Box 503<br>Mindelein, IL 60060 | ATV |

Property will be  *(check one):*

☐ Surrendered            ☑ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☑ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☑ Claimed as exempt                    ☐ Not claimed as exempt

ABC/Amega
1100 Main St
Buffalo, NY 14209

ABC/Amega
1100 Main St
Buffalo, NY 14209

ABC/Amega
c/o McMahan & Sigunick, Ltd
412 S Wells St
Chicago, IL 60607

Accion
1618 W. 18th St., Ste 200
Chicago, IL 60608

Advanced Health
10646 165th Street
Orland Park, IL 60467

Advanced Health
c/o First Federal
1550 Old Henderson Rd Ste 100
Columbus, OH 43220

Advertiser Network Inc.
236 Route 173
Antioch, IL 60002

American Express*
c/o Becket and Lee
PO Box 3001
Malvern, PA, 19355

American General Finan
600 N Royal Ave
Evansville, IN 47715

American General Finance*
PO Box 3121
Evansville, IN, 47731

American General Financial Svcs
P.O. Box 3212
Evansville, IN 47731-3212

American Marketing
P.O. Box 801
Dekalb, IL 60115

Amex
P.o. Box 981537
El Paso, TX 79998

Asm/Center for Sleep Med
10640 165th St
Orland Park, Il 60467

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Benetrends
1180 Welsh Road, Ste 280
North Walec, PA 19454

Biehl & Biehl, Inc.
N/W news
325 E Fullerton Ave
Carol Stream, IL 60188

Business Financial Services
3111 N. University Dr., Ste 800
Coral Springs, FL 33065

Cap One
Po Box 85015
Richmond, VA 23285

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085

Certified Services Inc
Condell Acute Care
1733 Washington St Ste 2
Waukegan, IL 60085

Chase
800 Brooksedge Blv
Westerville, OH 43081

Chase
c/o Zwicker & Associates
80 Minuteman Road
Andover, MA 01810-1008

Chase
c/o Zwicker & Associates
80 Minuteman road
Andover, MA 01810-1008

Chase Business Checking
PFG of Minnesota
7825 Washington Ave S, Ste 310
Minneapolis, MN 55439

Chase Mortgage
P.O. Box 260180
Batton Rouge, LA 70826

Chicago ADI Cooperative Assocn, Inc.
c/o Huntington Learning Center
400 Lathrop Avenue
River Forest, IL 60305

Chris Smith
2701 River Woods Road
Riverwoods, IL 60015

CIT Small Busiiness Lending
P.O. Box 1529
Livingston, NJ 07039

CIT Small Business Lending
P.O. Box1529
Livingston, NJ 07039

Citibank Stu
701 East 60th Stre
Sioux Falls, SD 57104

Citibank Usa
P.O. Box 6275
Sioux Falls, SD 57117

Citifinancial
c/o Regional Adjustment
P.O. Box 34119
Memphis, TN 38184

Citifinancial Retail S
P.O. Box 140069
Irving, TX 75014

CitiFinancial Student Loan
ISAC
1755 Lake Cook Road
Deerfield, IL 60015

Clipper Magazine
c/o Brenan & Clark Ltd
721 Madison Ste 200
Villa Park, IL 60181

Collection*
Attn: Bankrutpcy Department
PO Box 10587
Greenville, SC, 29603

```
Collection*
Attn: Bankrutpcy Department
PO Box 10587
Greenville, SC, 29603

Condell Medical Center
c/o Certified Services
PO Box 177
Waukegan, IL, 60079

Consolidated Pathology Cons
75 Remittance Dr, Dept. 1895
Chicago, IL 60675

Consumers Coop Cred Un
2750 Washington St
Waukegan, IL 60085

Consumers Coop Credit Union
1210 S Lake St
P.O. Box 503
Mindelein, IL 60060

Consumers Coop Credit Union
1210 S Lake St
P.O. Box 503
Mindelein, IL 60060

Customer Deposits
Lake Villa, IL 60046

Deano & Voss
850 Tower Drive #100
Lake Villa, IL 60046

Deka Investments
850 Tower Drive, #100
Lake Villa, IL 60046

Dex
8519 Innovation Way
Chicago, IL 60682

Grays Lake Hockey
Lake Villa, IL 60046

Grayslake Chamber of Commerce
10 S. Seymour, P.O. Box 167
Grayslake, IL 60030

Great Indoors
P.O. Box 6282
Sioux Falls, SD 57117
```

Home Depot
Processing Center
Des Moines, IA 50364-0500

Home Pages
c/o American Marketing
P.O. Box 982
DeKalb, IL 60115

Home Pages
c/o McCarthy & Burgess
MBW Building, 26000 Cannon Rd
Cleveland, OH 44146

Hsbc Best Buy*
Attn: Bankruptcy
PO Box 6985
Bridge Water, NJ, 08807

Hsbc Best Buy*
Attn: Bankruptcy
PO Box 6985
Bridge Water, NJ, 08807

Hsbc/bsbuy
1405 Foulk Road
Wilmington, DE 19808

Huntington Learning Center
c/o Parker F. McMahan, Jr Esq.
412 S Wells St., 6th Floor
Chicago, IL 60607

Huntington Learning Centers, Inc.
496 Kinderkamack Road
Oradell, NJ 07649

Huntington Learning Centers, Inc.
496 Kinderkamack Road
Oradell, NJ 07649

Huntington Learning Centers, Inc.
c/o Andrew P. Loewinger, Esquire
401 9th St. N.W., Suite 900
Washington, DC 20004

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

ISAC
P.O. Box 235
Deerfield, IL 60015

JL Russell & Associates
13700 State Rd., Ste 4
N. Royalton, OH 44133

JS Paulich
c/o Caine & Weiner
1699 E Woodfield Rd., Ste 360
Schaumburg, IL 60173

Keener & Keener Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Keener & Keener, Inc.
39657 Beck Road
Lake Villa, IL 60046

Kohl's Payment Center
P.O. Box 3043
Milwaukee, WI 53201

Lake Forest Hospital
660 N Westmoreland Rd
Lake Forest, IL 60045

Lake Forest Hospital
660 N. Westmoreland Rd
Lake Forest, IL 60045

Lake Forest Hospital
660 N. Westmoreland Rd
Lake Forest, IL 60045

Lake Forest Hospital
75 Remittance Dr., #1951
Chicago, IL 60675

Lake Forest Hospital
75 Remittance Dr., Ste. 6802
Chicago, IL 60675

Lake Forest Hospital
75 Remittance Dr., Ste. 6802
Chicago, IL 60675

Lake Forest Hospital
75 Remittance Dr., Ste. 6802
Chicago, IL 60675

Lindenhurst Health & Fitness
3098Falling Waters Blvd
Lindenhurst, IL 60046

Lindenhurst/Lake Villa Chamber
P.O. Box 6075
Lindenhurst, IL 60046

Marshall & Ilsley Bank*
Attn: Bankruptcy
770 N Water St
Milwaukee, WI, 53202

Mb Financial Bank
6111 N. River Road
Rosemont, IL 60018

McCarthy, Burgess & Wolf
26000 Cannon Rd
Cleveland, OH 44146

Midwest Miles
P.O. Box 13337
Phildalphia, PA 19101

MRS Associates
1930 Olney Avenue
Cherry Hill, NJ 08003

National Act
Madison Radiologists
Pob 44207
Madison, WI 53744

North Shore Rheumatology
900 N. Westmoreland Rd #218
Lake Forest, IL 60045

North West News Group
P.O. Box 250
Crystal Lake, IL 60039

Northern Leasing
132 W 31st, 14th floor
New York, NY 10001


Northland Group Inc.
P.O. Box 390905
Minneapolis, MN 55439

Pearson Education
P.O. Box 409496
Atlanta, GA30384

Prince of Peace
135 S. Milwaukee Avenue
Lake Villa, Il 60046

Publishers Clearing House\
P.O. Box 26311
Lehigh Vly, PA 18002

RH Donnelly
c/o LiquiDebt
29W 170 Butterfield Rd, Ste 102
Warrenville, IL 60555

Roma, Murphy, Horowitz
2815 Camino Del Rio S, Ste 111
San Diego, CA 92108

Royal Publishing
7620 N. Harker Dr.
Peoria, IL 61615

Shaw Suburban Media
Lake Villa, IL 60046

Simon Dubow Breyer
6201 W Howard St, Ste 214
Niles, IL 60714

Staples
P.O. Box 9018
Coppell, TX 75019

State Bank of the Lake
Trackers Inc.
P.O. Box 1227
Bettendorf, IA 52722

Thd/cbsd
Ccs Gray Ops Center
Sioux Falls, SD 57117

Tom Tom
1133 Main Street
Antioch, IL 60002

United Collect Bur Inc
Lake County Acute Care
5620 Southwyck Blv
Toledo, OH 43614

Unpaid Employees
Lake Villa, IL 60046

Village of Lake Villa
65 Cedar Avenue
Lake Villa, IL 60046

Wfnnb/dress Barn
Po Box 182273
Columbus, OH 43218

Yellow Book
c/o Rausch Milliken
P.O. Box 8390
Metairie, LA 70011

Yellow Book
P.O. Box 586
Newark, NJ 07171

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois

In re  Frank S. Keener & Karen A. Keener

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................................................ $ ___2,000.00___

Prior to the filing of this statement I have received ........…………...……..……. $ ___2,000.00___

Balance Due ...........................................……………………………….................. $ ____0.00____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Does not include representation in adversary and contested matters.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

_____                /s/ John H. Redfield
Date                                                                         Signature of Attorney

John H. Redfield & Associates, P.C.
Name of law firm